■ Roy H. Bernhardt et al., Doing Business under the Name of Roy-Bern Co., a Copartnership, Respondents, v. Clifford-Monroe Motors, Inc., Appellant.— In an action to recover damages for libel, the appeal is from an order which, *inter alia,* granted a motion to restore the cause to the Trial Term Calendar. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

■ Hazel F. Bittson, Respondent, v. Anthony J. Bittson, Appellant. Louis M. Wolf, Respondent.— In an action for a separation, the appeal is from an order denying appellant's motion to remove the receiver-custodian for dereliction of duty and to require him to account personally and under his bond for the damages resulting. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Hallinan and Kleinfeld, JJ., concur.

■ Hazel F. Bittson, Respondent, v. Anthony J. Bittson, Appellant. Louis M. Wolf, Respondent.— In an action for a separation, the appeal is from an order judicially settling the intermediate account of the receiver-custodian and allowing him commissions. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Hallinan and Kleinfeld, JJ., concur.

■ Nancy A. Burrows, Appellant, v. George F. Burrows, Respondent.— In an action for a separation, the appeal is from so much of an order granting appellant's application for the support of the infant issue of the marriage *pendente lite,* as limited the support to $15 a week and as referred appellant's application for alimony *pendente lite* and counsel fees to the trial court for determination. Order insofar as appealed from affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.